■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL TORRES, Appellant. [922 NYS2d 218]—An appeal having been taken to this Court by the above-named appellant from judgments of the Supreme Court, New York County (Micki A. Scherer, J.), rendered on or about April 23, 2008, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Gonzalez, P.J., Sweeny, Moskowitz, Renwick and Richter, JJ.